IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**REGINALD DUNAHUE,**                                                  **PLAINTIFF**
**ADC # 106911**

v.             **CASE NO: 2:24-cv-00155-JM-JTK**

**LEAVY WATSON, III, et al.**                                     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Dunahue's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's official capacity claims and failure to protect claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. Defendant Allison is TERMINATED as a party to this action.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

Dated this 6th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE