## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**REGINALD DUNAHUE,**                                                                          **PLAINTIFF**
**ADC # 106911**

**v.**                          **CASE NO: 2:24-cv-00155-JM-JTK**

**LEAVY WATSON, III, et al.**                                                    **DEFENDANTS**


## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.  Defendants' Motion for Partial Summary Judgment on the issue of exhaustion (Doc. No. 34) is GRANTED.

2.    Plaintiff's claim against Defendants Jackson, Richardson, Taylor, Straughn, and Smith that his isolation cell was covered in litter, blood, and ants is DISMISSED without prejudice for failure to exhaust administrative remedies.

3.    Plaintiff's claim against Defendant Smith that Plaintiff was not given a bed in his isolation cell is DISMISSED without prejudice for failure to exhaust administrative remedies.

4.      Defendant Smith is TERMINATED as a party from this lawsuit.

Dated this 28th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE