## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**REGINALD DUNAHUE,**                                                    **PLAINTIFF**
**ADC # 106911**

**v.**                          **CASE NO: 2:24-cv-00155-JM-JTK**

**LEAVY WATSON, III, et al.**                                  **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    Plaintiff's Motion for Preliminary Injunction (Doc. No. 49) is denied, and

2.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 10th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE