# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**REGINALD DUNAHUE,**                                                                    **PLAINTIFF**
**ADC # 106911**

v.                          CASE NO: 2:24-cv-00155-JM-JTK

**LEAVY WATSON, et al.**                                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 86) is DENIED as to Plaintiff's excessive force claims against Defendant Watson and otherwise GRANTED;

2. Plaintiff's excessive force claims against Defendant Jackson are DISMISSED with prejudice;

3. Plaintiff's due process and Eighth Amendment claims regarding the conditions of confinement are DISMSSED with prejudice;

4. Defendants Jackson, Richardson, Taylor, and Straughn are TERMINATED as parties to this action.

Dated this 3rd day of September, 2025.

                                                UNITED STATES DISTRICT JUDGE